# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> PLAINTIFF <br> v. <br> ELMORE SYLVESTER CAGE, <br> DEFENDANT | CASE NUMBER <br> 2:25-mj-06126-DUTY-3 <br><br> NOTICE TO COURT OF <br> RELATED CRIMINAL CASE <br><br> (PURSUANT TO GENERAL ORDER 14-03) |

  Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Adam Charles Palermo</u>, Case No. 2:25-CR-00731(A)-JFW, which:

  __x__ was previously assigned to the Honorable John F. Walter;

  _____ has not been previously assigned.

The above-entitled cases may be related for the following reasons:

  __x__ the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

  _____ the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

  Additional explanation (if any):  Defendant was named in a Complaint along with eight of the nine defendants named in the First Superseding Indictment filed in Case No. 2:25-CR-00731(A)-JFW for obstructing, impeding or interfering with law enforcement during the civil disorder that took place in Downtown Los Angeles on June 8, 2025, in violation of 18 U.S.C. § 231.  Defendant is seen on video with defendant #4 (Ronald Alexis Coreas) in the First Superseding Indictment before either defendant's charged conduct occurred.  Later that evening and a few blocks away, in connection with a related civil disorder to the one charged in the First Superseding Indictment, defendant's criminal conduct occurred.  Defendant was arrested after the charged conduct with defendants #4 (Coreas) and #9 (Junior Roldan) of the First Superseding Indictment.  The evidence of that arrest is evidence the government intends to introduce as to all

three defendants as to their respective charged conduct. As such, there is overlapping evidence, witnesses, and events between this indictment and the First Superseding Indictment filed in Case No. 2:25-CR-00731(A)-JFW.

Dated: November 12, 2025                    */s/ Neil P. Thakor*
                                            Neil P. Thakor
                                            Assistant United States Attorney