FILED
CLERK, U.S. DISTRICT COURT
11/07/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00923-JWH |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 231(a)(3): Obstructing, Impeding, or Interfering with Law Enforcement During Civil Disorder] |
| ELMORE SYLVESTER CAGE, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 231(a)(3); 2(a)]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant ELMORE SYLVESTER CAGE, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, Los Angeles Police Department officers, lawfully engaged in the lawful performance of their official duties, incident to and during the commission of a civil disorder which in

//

//

any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and performance of any federally protected function.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

JENNA W. LONG
Assistant United States Attorney
National Security Division

NEIL THAKOR
Assistant United States Attorney
General Crimes Section

RAHUL R.A. HARI
Assistant United States Attorney
General Crimes Section