

Reset Form

11/07/2025

CENTRAL DISTRICT OF CALIFORNIA

BY: _____ KM _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

| | |
|---|---|
| Case Number 2:25-cr-00923-JWH | Defendant Number |
| U.S.A. v. ELMORE SYLVESTER CAGE | Year of Birth 1991 |
| ☑ Indictment     ☐ Information | Investigative agency (FBI, DEA, etc.) FBI |

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense   June 8, 2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles          ☐ Ventura

☐ Orange               ☐ Santa Barbara

☐ Riverside            ☐ San Luis Obispo

☐ San Bernardino       ☐ Other _____

Citation of Offense   18 U.S.C. § 231(a)(3)

_____

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No   ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

_____

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 10/2/25

Case Number: 25-MJ-6126-DUTY

Assigned Judge: _____

Charging: 18 U.S.C. § 231(a)(3)

The complaint/CVB citation:

☑ is still pending

☐ was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☑ Yes

IF YES, provide Name:   Meghan Blanco

Phone Number:   (949) 296-9869

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☑ No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

n/a

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

n/a

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes   ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?    ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male        ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s)  _____

_____

This defendant is charged in:

　☑ All counts

　☐ Only counts:  _____

☐ This defendant is designated as "High Risk" per
　 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
　 18 USC § 3166(b)(7).

Is defendant a juvenile?         ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud   ☐ public corruption

☐ government fraud         ☐ tax offenses

☐ environmental issues      ☐ mail/wire fraud

☐ narcotics offenses        ☐ immigration offenses

☑ violent crimes/firearms     ☐ corporate fraud

☐ Other  _____

_____

### CUSTODY STATUS

Defendant is **not in custody**:

　a. Date and time of arrest on complaint:  10/29/25

　b. Posted bond at complaint level on:  10/29/25

　　in the amount of $ 5,000

　c. PSA supervision?   ☑ Yes   ☐ No

　d. Is on bail or release from another district:

　_____

Defendant is **in custody**:

　a. Place of incarceration:   ☐ State   ☐ Federal

　b. Name of Institution:  _____

　c.  If Federal, U.S. Marshals Service Registration Number:

　_____

　d. ☐ Solely on this charge. Date and time of arrest:

　_____

　e.  On another conviction:      ☐ Yes        ☐ No

　　IF YES :   ☐ State      ☐ Federal      ☐ Writ of Issue

　f.  Awaiting trial on other charges:  ☐ Yes   ☐ No

　　IF YES :   ☐ State   ☐ Federal    AND

　　Name of Court:  _____

　　Date transferred to federal custody:  _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.  _____ 20 _____ 21 _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  _____

_____

Date  _____11/6/2025_____

_Nthakor_
Signature of Assistant U.S. Attorney

Neil Thakor
Print Name