**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| USA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:25-cr-00923-JWH-3 |
| v. | |
| Elmore Sylvester Cage | **ORDER RE TRANSFER** (Related Criminal Cases) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_____          _____
Date                             United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

See attached

_____

November 18, 2025          _____
Date                       United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:25-cr-00731-JFW          and the present case:

☒  A.  Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☐  B.  Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ .
This is **very** important because documents are routed to the assigned judge by means of these initials.

cc:  ☐ PSALA    ☐ PSAED    ☐ USMLA    ☐ USMSA    ☐ USMED    ☒ Previous Judge    ☐ Statistics Clerk

CR-59 (06/23)          ORDER RE TRANSFER (Related Criminal Cases)

**Attachment to Order Re: Transfer**
**United States v. Elmore Sylvester Cage (2:25-CR-923-JWH)**
**United States v. Adam Charles Palermo, et al. (2:25-CR-731-JFW)**


      The Government's Notice to Court of Related Criminal Case filed November 12, 2025 (Docket No. 70) in *United States v. Elmore Sylvester Cage* (2:25-CR-923-JWH) fails to show how the case is related to Case No. 2:25-CR-731-JFW and appears to be an effort by the Government to judge shop or a gross misunderstanding as to what constitutes a related case.  Assistant United States Attorney Neil P. Thakor's explanation included on Docket No. 70 borders on the nonsensical.  These prosecutions are brought against individual defendants who are apparently unrelated except for their participation in separate unrelated acts of throwing rocks, debris, objects, or fire at California Highway Patrol cars from a freeway overpass on June 8, 2025.  If Defendant Cage's case were truly related to 2:25-CR-731-JFW, the Government would have included Defendant Cage in the First Superseding Indictment filed in 2:25-CR-731-JFW instead of separately indicting Defendant Cage in Case No. 2:25-CR-923-JWH, especially given that Cage and all the recently added defendants were all named in the same Criminal Complaint. Accordingly, the Court declines to accept Case No. 2:25-CR-923-JWH.