UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. 2:25-cr-00923-JWH | | Date: 11/14/2025 |
| Present: The Honorable: Charles F. Eick, United States Magistrate Judge | | |
| Interpreter N/A | | Language N/A |

| Valencia Munroe | CS 11/14/2025 | Eric Mackie |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✔ Present | Released on Bond | Attorneys for Defendants: ✔ Present  CJA |
|---|---|---|
| Elmore Sylvester Cage | | Meghan A. Blanco, S/A by David Evans |

Proceedings: Arraignment of Defendant and/or    ✔ Assignment of Case    ✔ Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge John W. Holcomb.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 12/29/2025 9:00 AM;
Status Conference: 12/12/2025 1:00 PM; Motion Hearing: 12/12/2025 1:00 PM
* Government counsel provides trial estimate of 2-3 days.
* Judge Holcomb is located in 9D, Santa Ana - Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, CA 92701-4516.

cc: PSALA    PSAED    PSASA
    USMLA    USMED    USMSA
    Statistics Clerk         Interpreter
    ✔ CJA Supervising Attorney    Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 05
Initials of Deputy Clerk: VMUN by TRJ