UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ELMORE CAGE,<br><br>　　　　Defendant. | No. CR 25-CR-923-JWH<br><br>[PROPOSED] ORDER ON DEFENDANT ELMORE CAGE'S MOTION FOR BILL OF PARTICULARS |

　　IT IS HEREBY ORDERED THAT Mr. Cage's Motion To Dismiss is GRANTED.

Dated: _____

　　　　　　　　　　　　　　　HONORABLE JOHN W. HOLCOMB
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE