# EXHIBIT B

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Custody 06/10/2025   Bkg no. 7032307<br>                Plaintiff,<br>vs.<br>ELMORE CAGE           05/28/1991      M<br>DBA/AKA:<br>PC245(a)(1)<br>PC240/PC241(c), PC408<br><br><br><br><br>                Defendant(s). | MISDEMEANOR COMPLAINT<br>Court Case No.:<br>FILED  25CJCM03218<br>DAVID W. SLAYTON<br>Executive Officer/Clerk<br>By  N.DAVILA<br>Deputy Clerk<br><br>Issued by<br>HYDEE FELDSTEIN SOTO<br>City Attorney<br><br>STACEY ANTHONY<br>Supervising Attorney<br><br>By: MARK SALZ<br>Deputy City Attorney<br>(BM) |

Comes now the undersigned and states that he/she/they is/are informed and believe(s), and upon such information and belief declare(s):

COUNT I

That on or about 06/08/2025 at and in the City of Los Angeles, in the County of Los Angeles, State of California, a misdemeanor, to wit, violation of Subdivision (a)(1) of Section 245 of the California Penal Code was committed by the above-named defendant (whose true name to affiant is(are) unknown), who at the time and place last aforesaid, did willfully and unlawfully commit an assault upon the person of Various LAPD Office with a deadly weapon and instrument other than a firearm, to wit, ROCK.

MCI 245(A)(1)/21
UCC 10577

COUNT II

For a further, separate and second cause of action being a different offense, belonging to the same class of crimes and offenses set forth in Count I hereof, affiant further alleges that on or about 06/08/2025 at and in the City of Los Angeles, in the County of Los Angeles, State of California, a misdemeanor, to wit, violation of Subdivision (c) of

Section 240/241 of the California Penal Code was committed by the above-named defendant(s) (whose true name(s) to affiant is (are) unknown), who at the time and place last aforesaid, did willfully and unlawfully, having the present ability to do so, attempt to commit a violent injury on the person of, Various LAPD Office in Skirmish line.

It is further alleged that the victim was a peace officer, firefighter, emergency medical technician, mobile intensive care paramedic, lifeguard, process server, traffic officer, code enforcement officer, and animal control officer engaged in the performance of his or her duties, and a physician and nurse engaged in rendering emergency medical care outside a hospital, clinic, and other health care facility, and the person committing the offense knew and reasonably should have known that the victim was a peace officer, firefighter, emergency medical technician, mobile intensive care paramedic, lifeguard, process server, traffic officer, code enforcement officer, and animal control officer engaged in the performance of his or her duties, and was a physician and nurse engaged in rendering emergency medical care.

TCIS 240/241(c)/21

                            COUNT III

For a further, separate and third cause of action being a different offense, belonging to the same class of crimes and offenses set forth in Count I hereof, affiant further alleges that on or about 06/08/2025 at and in the City of Los Angeles, in the County of Los Angeles, State of California, a misdemeanor, to wit, violation of Section 408 of the California Penal Code was committed by the above-named defendant(s) (whose true name(s) to affiant is(are) unknown), who at the time and place last aforesaid, did willfully and unlawfully participate in a rout and unlawful assembly.

MCI 408/21


All of which is contrary to the law and against the peace and dignity of the People of the State of California.

I declare under penalty of perjury, based on information and belief, under the laws of the State of California that the foregoing is true and correct

_____                              __6/10/25____

        Declarant and Complainant                           Date
[Signature of Reviewing Deputy City Attorney]
            Mark Salz
_____

[Print Name of Reviewing Deputy City Attorney]

INFORMAL DISCOVERY NOTICE

TO THE ABOVE-NAMED DEFENDANT(S) AND/OR ATTORNEY(S) FOR DEFENDANT(S):

Plaintiff, the People of the State of California, hereby requests discovery/disclosure from the defendant(s) and his or her attorney(s) in this case pursuant to Penal Code Sections 1054.3 and 1054.5.

YOU ARE HEREBY NOTIFIED that if complete disclosure is not made within 15 days of this request, plaintiff will seek -- on or before the next court date, or as soon as practicable thereafter -- a court order enforcing the provisions of Penal Code Section 1054.3, subdivision (a). This is an ongoing request for any of the listed items which become known to the defendant(s) and his or her attorney(s) after the date of compliance.

The written statements and reports attached hereto constitute discoverable materials designated in Penal Code Section 1054.1. Any additional material discoverable pursuant to Penal Code Section 1054.1 that becomes known to plaintiff will be provided to the defense.

If, prior to or during trial, as a result of this request plaintiff obtains additional evidence or material subject to disclosure under a previous defense request or court order pursuant to Penal Code Section 1054.1, plaintiff will disclose the existence of that evidence or material within a reasonable time.

DISCOVERY MATERIALS SHOULD BE DELIVERED TO A DEPUTY CITY ATTORNEY IN MASTER CALENDAR COURT ON THE FIRST TRIAL DATE.

CCMS Case Number: 5CJ22051

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
### Clara Shortridge Foltz Criminal Justice Center Dept. - 52

| | |
|---|---|
| **25CJCM03218-01** | **August 20, 2025** |
| The People of the State of California | 8:30 AM |
| vs. | |
| Cage, Elmore | |

Honorable Craig J. Mitchell, Judge
A. Henderson, Judicial Assistant

Proceedings Electronically Recorded,
Court Reporter

PC245(a)(1), PC240-241(c), PC408

**NATURE OF PROCEEDINGS:** Jury Trial

The following parties are present for the aforementioned proceeding:

   Elmore Cage, Defendant
   Chloe Rose Gucciardi, Deputy Public Defender
   Adam L Birozy, Los Angeles Deputy City Attorney

The matter is called for Jury Trial.

The following document(s) is/are filed this date:

   Miscellaneous Document Requested Voir Dire Questions, Jury Instructions, and Requested
   Motions in Limine
   Trial Brief

The People's motion to dismiss count 2 pursuant to penal code section 1385 is granted.

Disposition as to Count 002, PC240-241(c), Misdemeanor: Dismissed 1385 PC

The Court pre-instructs the jury.

A panel of 53 prospective jurors are given the Perjury Acknowledgement and Agreement to Prospective Jurors on Qualifications. Voir dire commences.

The jurors are admonished, and trial is continued to **Thursday, August 21, 2025,** at **1:30pm** in this department. All parties, and Defendant are ordered to return.

See nunc pro tunc minute order dated August 20, 2025

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
### Clara Shortridge Foltz Criminal Justice Center Dept. - 52

**25CJCM03218-01**                                                              **August 20, 2025**

**The People of the State of California**                                        **8:30 AM**
**vs.**
**Cage, Elmore**

Defendant Remains on Own Recognizance.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| The People of the State of California<br><br>PLAINTIFF(S)<br><br>VS.<br><br>ELMORE CAGE<br><br>DEFENDANT(S) | CASE NUMBER<br>25CJCM03218-01 | DEPARTMENT<br>52 |
|---|---|---|

**FILED**
Superior Court of California
County of Los Angeles
AUG 26 2025
David W. Slayton, Executive Officer/Clerk of Court
By: R. DAUGHERTY, Deputy

**VERDICT (Count 2)**

We, the jury in the above-entitled action, find the defendant, **ELMORE CAGE**,

_____ GUILTY _____
(WRITE GUILTY OR NOT GUILTY)

of the crime of WILLFULLY AND UNLAWFULLY PARTICIPATE IN AN UNLAWFUL ASSEMBLY, in violation of PENAL CODE SECTION 408, a misdemeanor, as charged in COUNT 3 of the complaint.

This 26th day of August 2025,

_____
[signature]

**VERDICT (Count 2)**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| The People of the State of California<br><br>PLAINTIFF(S)<br><br>VS.<br><br>ELMORE CAGE<br><br>DEFENDANT(S) | CASE NUMBER: 25CJCM03218-01   DEPARTMENT: 52<br><br>FILED<br>Superior Court of California<br>County of Los Angeles<br>AUG 26 2025<br>David W. Slayton, Executive Officer/Clerk of Court<br>By: R. DAUGHERTY, Deputy<br><br>**VERDICT**<br>**(Count 1)** |

We, the jury in the above-entitled action, find the defendant, **ELMORE CAGE**,

__GUILTY__
**(WRITE GUILTY OR NOT GUILTY)**

of the crime of ASSAULT WITH A DEADLY WEAPON, AND INSTRUMENT OTHER THAN A FIREARM, TO WIT, A ROCK, UPON UNKNOWN PEDESTRIANS, in violation of PENAL CODE SECTION 245(a)(1), a misdemeanor, as charged in COUNT 1 of the complaint.

This 26th day of August 2025,

**VERDICT (Count 1)**