# EXHIBIT C



**U.S. Department of Justice**

Criminal Division

*Office of the Assistant Attorney General*      *Washington, D.C. 20530*

Nov 5, 2025

Bilal A. Essayli
First Assistant United States Attorney
Central District of California
312 North Spring Street
Los Angeles, California 90012

Attention: Jenna Long

Re: United States v. Jesus Gonzalez-Hernandez, Jr., Elmore Cage

Dear Mr. Essayli:

This letter references your request for waivers of the Department's Petite policy to continue prosecution of Jesus Gonzalez-Hernandez, Jr. and Elmore Cage for 18 U.S.C. 231(a)(3) (Obstructing, Impeding, and Interfering with Law Enforcement During a Civil Disorder) notwithstanding their convictions in state court for offenses arising from the same act or transaction.

After reviewing your request, I have concluded that the Petite policy applies, and that waivers of the Petite policy are appropriate as the prior prosecutions left substantial federal interests demonstrably unvindicated. Accordingly, you are hereby authorized to prosecute the defendants for the above-listed offense.

Sincerely,

Jennifer A.H. Hodge
Deputy Assistant Attorney General