



FireKylin 50 PCS Coffee Bags with Valve, (8 oz, 0.5 lb) Kraft Paper Stand Up Pouches, Resealable…
137
700+ viewed in past month
$22.99
FREE One-Day Get it Tomorrow, Dec 4

PABCK 5.5mil Thickness Inner Mylar Foil Kraft Paper Resealable Bags Heat Seal Airtight Pouch for Food Self Selling…
47
$15.97 ($0.32/count)
FREE Delivery Sunday, Dec 7

Coffee Bag,Resealable Coffee Bags with Degassing Valve,yellow,50pcs (8oz/0.5lb)
3
$17.99
FREE Delivery Sunday, Dec 7

4 Ounce 50 Pieces Coffee Bags with Ziplock - High Barrier Natural Kraft Paper Stand up Coffee…
8
100+ viewed in past month

50 Count 4 Our Coffee Bags - H Foil Liner - Flat Coffee Pouches
98
200+ viewed in pa

**Address info**

Rahul Hari
312 N SPRING ST
LOS ANGELES, CA 90012-4701

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help Yo**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Dev
- Recalls and Prod Safety Alerts
- Registry & Gift Li
- Help

English | United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Soft Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mo
Find Movie Box Office Dat

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Branc

International &
Print Publishing
Made Easy

| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| --- | --- | --- | --- | --- | --- | --- |
| Neighbors App<br>Real-Time Crime & Safety Alerts | | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**Address info**



Rahul Hari

312 N SPRING ST

LOS ANGELES, CA 90012-4701