1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           Case No. 2:25-cr-00923-JWH

12           Plaintiff,

13               v.                       **ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT**

14   ELMORE SYLVESTER CAGE,

15           Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

1    The Court has read and considered the Stipulation Regarding

2  Request for (1) Continuance of Trial Date and (2) Findings of

3  Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

4  parties in this matter on January 5, 2026.  The Court hereby finds

5  that the Stipulation, which this Court incorporates by reference into

6  this Order, demonstrates facts that support a continuance of the

7  trial date in this matter, and provides good cause for a finding of

8  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

9    The Court further finds that:  (i) the ends of justice served by

10  the continuance outweigh the best interest of the public and

11  defendant in a speedy trial; (ii) failure to grant the continuance

12  would be likely to make a continuation of the proceeding impossible,

13  or result in a miscarriage of justice; and (iii) failure to grant the

14  continuance would unreasonably deny defendant continuity of counsel

15  and would deny defense counsel the reasonable time necessary for

16  effective preparation, taking into account the exercise of due

17  diligence.

18    Therefore, for good cause shown, it is hereby **ORDERED** as

19  follows:

20    1.    The trial in this matter is **CONTINUED** from January 12,

21  2026, to March 16, 2026, at 9:00 a.m.  The status conference hearing

22  is **CONTINUED** to February 27, 2026, at 1:00 p.m.

23    2.    The time period from December 12, 2025, to March 16, 2026,

24  inclusive, is excluded in computing the time within which the trial

25  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

26  and (B)(iv).

27    3.    The time period from November 21, 2025, to December 12,

28  2025, inclusive, is excluded in computing the time within which the

1  trial must commence, pursuant to 18 U.S.C. § 3161(h)(1)(D), because

2  it constitutes a delay resulting from a pretrial motion, from the

3  filing of the motion through the prompt resolution of the motion.

4      4.   Defendant shall appear in Courtroom 9D of the Ronald Regan

5  Federal Building and United States Courthouse, 411 West 4th Street,

6  Santa Ana, California on February 27, 2026, at 1:00 p.m., and

7  March 16, 2026, at 9:00 a.m.

8      5.   Nothing in this Order shall preclude a finding that other

9  provisions of the Speedy Trial Act dictate that additional time

10 periods are excluded from the period within which trial must

11 commence.  Moreover, the same provisions and/or other provisions of

12 the Speedy Trial Act may in the future authorize the exclusion of

13 additional time periods from the period within which trial must

14 commence.

15     **IT IS SO ORDERED.**

16

17   January 5, 2026

18  Date                          Honorable John W. Holcomb
                                   UNITED STATES DISTRICT JUDGE